RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/31/16
BY MB

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHAKHA DANNY JAMES (#409338) | DOCKET NO. 1:15-CV-0276; SEC P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE PEREZ-MONTES |
| FILED: _____ : | : _____ Dty Clk |

### ORDER

**IT IS ORDERED** that Chakha Danny James is hereby granted a Conditional Writ of Habeas Corpus. Respondent is hereby directed to release James from custody within 60 days of this order, **UNLESS** the State of Louisiana declares its intention, within those 60 days, to request a hearing on sentencing or parole eligibility with the Ninth Judicial District Court, in accordance with the United States Supreme Court's ruling in *Montgomery v. Louisiana*.

**IT IS FURTHER ORDERED** that execution of this order is **STAYED** upon compliance by the State and until a final disposition of a sentencing or parole hearing with the Ninth Judicial District Court for the State of Louisiana, in and for the Parish of Rapides.

**THUS DONE AND SIGNED** on this 31st day of March, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE